

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ERICK CASILLAS,<br><br>Defendant. | Case No. 2:25-cr-00045-AB<br><br>ORDER OF DETENTION |

On January 28, 2025, Defendant Jesus Erick Casillas made his initial appearance on the indictment filed in this District. The Federal Public Defender's Office, by Ijeoma Eke, was appointed to represented Mr. Casillas. Casillas submitted on the government's request for detention.

After a hearing and argument, the Court ordered Mr. Santillan detained. The Court makes the following findings:

1  ☒   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

> This is a presumption case, and Defendant Casillas submitted on the government's request for detention, without prejudice to seeking bond once additional bail sureties are secured. Based on the information in the Pretrial Services Report, the Court concludes that the presumption has not been rebutted, and that detention is warranted.

1     IT IS THEREFORE ORDERED that the defendant be detained until trial. The
2 defendant will be committed to the custody of the Attorney General for confinement
3 in a corrections facility separate, to the extent practicable, from persons awaiting or
4 serving sentences or being held in custody pending appeal. The defendant will be
5 afforded reasonable opportunity for private consultation with counsel. On order of
6 a Court of the United States or on request of any attorney for the Government, the
7 person in charge of the corrections facility in which defendant is confined will
8 deliver the defendant to a United States Marshal for the purpose of an appearance in
9 connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: January 28, 2025

                                                  /s/
                          BRIANNA FULLER MIRCHEFF
                      UNITED STATES MAGISTRATE JUDGE